United States District Court
Southern District of Texas

**ENTERED**
February 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VALERO TITLE INC. DBA VALERO TITLE COMPANY, §§§§ Plaintiff, §§ vs. §§ RLI INSURANCE COMPANY AND §§ TITLE PAC, INC §§ Defendants. § | CIVIL ACTION NO. 4:19-CV-00443 |

**FINAL JUDGMENT**

Before the Court is Plaintiff Valero Title Inc. DBA Valero Title Company and Defendant RLI Insurance Company's Joint Stipulation and Motion to Enter Final Judgment. Having considered the motion, the Court finds it is well taken and should be GRANTED.

It is therefore ORDERED that Plaintiff's claims against Defendant RLI for **(1)** violations of the Texas Insurance Code §§ 541.060(a), 541.060(A), 541.060(1), 541.060(2)(A), 541.060(3), and 541.060(7); **(2)** common law fraud; **(3)** breach of the common law duty of good faith and fair dealing; and **(4)** punitive or exemplary damages are hereby DISMISSED with prejudice to refiling in accordance with the stipulation between Valero and RLI.

It is further ORDERED that, in accordance with the Court's Order of March 29, 2021 [Doc. 43] and the stipulations between Valero and RLI, Plaintiff Valero Title Inc. DBA Valero Title Company have and recover against Defendant RLI Insurance Company as damages and reasonable attorney's fees the total amount of $240,588.65 for breach of contract.

It is further ORDERED that, in accordance with the Court's Orders of September 16, 2019, [Doc. 13] and March 30, 2021, [Doc. 44], Plaintiff Valero Title Inc. DBA Valero Title Company take nothing from Defendant TitlePac, Inc.

It is further ORDERED that, in accordance with the Court's previous Order as referenced above and the Stipulations between Valero and RLI, this Final Judgment resolves all claims between all parties in this case without waiver of RLI Insurance Company's right to appeal.

FEB 2 4 2022
Date

The Honorable Alfred H. Bennet
United States District Judge