# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*February 23, 2023*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
February 1, 2023
Lyle W. Cayce
Clerk

No. 22-20155

VALERO TITLE INCORPORATED, *doing business as* VALERO TITLE COMPANY,

*Plaintiff—Appellee,*

versus

RLI INSURANCE COMPANY,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-443

Before ELROD, HAYNES, and WILLETT, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on Feb 23, 2023

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 23, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20155    Valero Title v. RLI Insurance
                           USDC No. 4:19-CV-443

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Christina Rachal*

                          By: _____
                          Christina C. Rachal, Deputy Clerk
                          504-310-7651

cc:
    Mr. Matthew S.C. Hansel
    Mr. Anthony L. Laporte
    Mr. Greg Keith Winslett